# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Eric L Slater | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 9:18-cv-1652-DCC |
| Andrew Saul, | ) | |
| Acting Commissioner of Social Security | ) | |
| Administration | ) | |
| *Defendant* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's decision is affirmed.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Donald C Coggins Jr, United States District Judge.

Date: July 18, 2019

*CLERK OF COURT*

s/Chelsea Pegram-Conner
*Signature of Clerk or Deputy Clerk*